# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARK L. SHURTLEFF,<br><br>    Plaintiff,<br><br>v.<br><br>SIM GILL et al.,<br><br>    Defendants. | **ORDER TO SHOW CAUSE**<br><br>Case No. 2:18-cv-445<br><br>Judge Clark Waddoups |

Before the court are three Motions to Dismiss filed by Defendants in this action. (ECF Nos. 33, 36, & 37.) The first motion was filed on October 23, 2018. (ECF No. 33.) The other two were filed on November 26, 2018. (ECF Nos. 36 &37.) Plaintiff has not responded to any of Defendants' Motions, and the time to do so has lapsed. *See* DUCivR 7-1(b)(3) ("A memorandum opposing motions filed pursuant to 12(b), 12(c), and 56 must be filed within twenty-eight (28) days after service of the motion or within such time as allowed by the court."). According to the local rules, "[f]ailure to respond timely to a motion, other than for summary judgment, may result in the court's granting the motion without further notice." DUCivR 7-1(d). Therefore, Plaintiff is hereby ordered to show cause, on or before January 22, 2019, why this action should not be dismissed with prejudice.

DATED this 7th day of January, 2019.

BY THE COURT:

Clark Waddoups
United States District Court Judge