**TED MCBRIDE (8236)**
**TED MCBRIDE LAW OFFICE**
4873 South State Street
Salt Lake City, Utah 84107
Phone: (435) 640-8558

TedMcBride13@gmail.com

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MARK L. SHURTLEFF, an individual; M'LISS MARLER SHURTLEFF, an individual; THOMAS JAMES SHURTLEFF, an individual; and ADRIANNA CARLINE SHURTLEFF, an individual,<br><br>    Plaintiffs,<br> v.<br><br>SALT LAKE COUNTY DISTRICT ATTORNEY SIM GILL, individually and in his official capacity as Salt Lake County District Attorney; et.al.<br><br>    Defendants. | **MEMORANDUM IN RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Civil No.: 2:18 cv-00445<br><br>Judge: Clark W. Waddoups |

  Plaintiffs, by and through counsel of record, hereby submit their Memorandum in Response to Order to Show Cause dated January 7, 2019.

  1. This matter was filed and commenced in June, 2018.

  2. The respective defendants (State, County and Federal) have each filed a motion to dismiss.

3. I am responsible for failing to have counsels' prior agreement memorialized in a stipulation and presented to the Court for approval wherein they had agreed to an extension until after the holidays.

4. This past week I have communicated with Kyle Kaiser (Utah), Darcy Goodard (County) and John Magnum (FBI), who have each stipulated to allow me to file oppositions to the respective motions no later than January 16, 2019.

5. I respectfully request that the Court honor the proposed stipulation and cancel the hearing set for January 22, 2019.

6. Naturally, in light of the federal government shutdown, I will accommodate defense counsels' schedules to reply.

DATED this 15th day of January, 2019.

Respectfully submitted,

/s/_____
Ted McBride

*Attorney for Plaintiff*