**TED MCBRIDE (8236)**
**TED MCBRIDE LAW OFFICE**
4873 South State Street
Salt Lake City, UT 84107
Telephone: (435) 640-8558
Tedmcbride13@gmail.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| MARK L. SHURTLEFF, an individual; M'LISS MARLER SHURTLEFF, an individual; THOMAS JAMES SHURTLEFF, an individual; and ADRIANNA CARLINE SHURTLEFF, an individual,<br><br>Plaintiffs,<br>v.<br><br>SALT LAKE COUNTY DISTRICT ATTORNEY SIM GILL, individually and in his official capacity as Salt Lake County District Attorney; SALT LAKE COUNTY; OFFICE OF SALT LAKE COUNTY DISTRICT ATTORNEY; STATE OF UTAH; UTAH DEPARTMENT OF PUBLIC SAFETY; UTAH STATE BUREAU OF INVESTIGATION; AGENT SCOTT NESBITT, an individual; UNITED STATES OF AMERICA; COUNTY BUREAU OF INVESTIGATION (FBI); SALT LAKE PUBLIC CORRUPTION TASK FORCE; FBI SPECIAL AGENT MICHELLE PICKENS, an individual; FBI SPECIAL AGENT JON ISAKSON, an individual; and JOHN DOES 1 - 30,<br><br>Defendants. | **ERRATUM RE DOC. 54**<br><br>**PLAINTIFFS' MEMORANDUM IN OPPOSITION TO STATE OF UTAH'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>**ORAL ARGUMENT REQUESTED**<br><br>Civil No.: 2:18 cv-00445 CW<br><br>District Court Judge: Clark Waddoups |

Plaintiffs, by and through counsel, hereby file this ERRATUM regarding their Memorandum in Opposition to State Defendants' Motion to Dismiss Plaintiffs' First Amended

Complaint. Plaintiffs response memorandum was timely filed on January 16, 2018, but counsel inadvertently failed to file Exhibits A and B referenced on pages 3 and 5 of the Memorandum (Document 54.) Those two exhibits are being filed contemporaneously herewith.

Dated this 17th day of January 2019.

**TED MCBRIDE LAW OFFICE**

*/s/ Edward W. McBride, Jr.*
By Mark L. Shurtleff (with permission)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of January 2019 a true and correct copy of the foregoing **ERRATUM RE DOC. 54 - PLAINTIFFS' MEMORANDUM IN OPPOSITION TO STATE OF UTAH'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** was electronically filed with the Clerk of the U.S. District Court using the CM/ECF system, which sent notification to counsel for each of the parties.

*/s/Mark L. Shurtleff*
Mark L. Shurtleff