IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **MARK L. SHURTLEFF, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**SIM GILL, et al.,**<br><br>Defendants. | **ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS AND DISMISSING IN PART DEFENDANT SCOTT NESBITT**<br><br>**Case No. 2:18-cv-445**<br><br>**Judge Clark Waddoups** |

On July 10, 2019 the parties to this action came before the court to present oral argument regarding the Defendants' Motions to Dismiss. For the reasons stated on the record, the motion to dismiss filed by Defendants State of Utah, Utah Department of Public Safety, and Utah State Bureau of Investigation (the "State Defendants") (ECF No. 33) is **HERBY GRANTED**, and the said State Defendants are **HEREBY DISMISSED** from this action **WITH PREJUDICE**. Further, for the reasons stated on the record, to the extent that Defendant Scott Nesbitt is named in this action as an agent of the United States, he is **HEREBY DISMISSED** from this action **WITH PREJUDICE**.

DATED this 10th day of July, 2019.

BY THE COURT:

Clark Waddoups
United States District Judge