**TED MCBRIDE (8236)**
**TED MCBRIDE LAW OFFICE**
4873 South State Street
Salt Lake City, UT 84107
Telephone: (435) 640-8558
Tedmcbride13@gmail.com
*Attorney for Plaintiffs*

---

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **MARK L. SHURTLEFF, et al,** **Plaintiffs,** v. **SALT LAKE COUNTY DISTRICT ATTORNEY SIM GILL, et al,** **Defendants.** | **MOTION TO WITHDDRAW AS COUNSEL** Civil No.: 2:18 cv-00445 CW Judge: Clark Waddoups |

I, Edward McBride, hereby move to withdraw as counsel from this case.

1. I am taking a personal sabbatical from the law and am in the process of winding up my

affairs including deactivating my status as a licensed attorney in the State of Utah.

2. Plaintiffs will continue to be represented by Mr. Shurtleff in this matter.

3. For the aforementioned reasons, I am respectfully requesting that the Court grant this

motion to withdraw.

　　　　Dated this 10th day of September 2019.

　　　　　　　　　　　　　　　　　　**TED MCBRIDE LAW OFFICE**

　　　　　　　　　　　　　　　　　　/s/ Edward W. McBride, Jr.
　　　　　　　　　　　　　　　　　　Edward W. McBride, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached in Case No.: 2:18-cv-00445-CW before the United States District Court, was served upon the parties via electronic notification generated by the Court's CMECF system on September 10, 2019.

*/s/ Mark L. Shurtleff.*
Mark L. Shurtleff
