# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **MARK L. SHURTLEFF, et al.,**<br><br>　　　　**Plaintiffs,**<br><br>v.<br><br>**SIM GILL, et al.,**<br><br>　　　　**Defendants.** | **ORDER GRANTING MOTION TO FILE AN OVERLENGTH REVISED MEMORANDUM**<br><br>**Case No. 2:18-cv-445**<br><br>**Judge Clark Waddoups** |

Before the court is a Motion to File an Overlength Revised Memorandum in Opposition to Defendants' Motions to Dismiss (ECF No. 74) filed by Plaintiffs.  Upon consideration of the reasons stated therein, and for good cause shown, the Court **GRANTS** the motion and **ORDERS** that Plaintiffs' Revised Memorandum not exceed thirty-two (32) pages.

　　DATED this 17th day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　　　United States District Judge